Certificate Number: 06531-OHS-DE-033911514

Bankruptcy Case Number: 19-58153



06531-OHS-DE-033911514

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2020, at 2:08 o'clock PM CST, Frederick Littlejohn completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date:   January 6, 2020         By:    /s/Laura Stevens

                                Name:  Laura Stevens

                                Title: Credit Counselor